# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 06 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

United States of America )
v. )
Izelle Frye ) Case No: 5:01cr30058-3
) USM No: 08642-084
Date of Previous Judgment: 04/21/2008 )
*(Use Date of Last Amended Judgment if Applicable)* ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
Defendant is ineligible for a reduction because his sentencing range is not lowered by Amendment 750 (parts A and C).

Except as provided above, all provisions of the judgment dated   04/21/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/06/2011  
                                          _____
                                          Judge's signature

Effective Date:   10/06/2011  
*(if different from order date)*          Samuel G. Wilson, United States District Judge
                                          Printed name and title